CRATER CORPORATION,
Plaintiff–Appellant,

v.

LUCENT TECHNOLOGIES, INC. and American Telephone and Telegraph Company, Defendants–Appellees,

and

United States, Defendant–Appellee.

No. 00–1125.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2001.

Before MAYER, Chief Judge, NEWMAN, Circuit Judge, and SCHALL, Circuit Judge.

ORDER

A petition for rehearing having been filed by the APPELLANT, and a response thereto having been invited by the court and filed by the APPELLEES,*

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED.

The mandate of the court will issue on September 24, 2001.

---

* Responses were filed by the United States, and Lucent Technologies, Inc. and American Telephone and Telegraph Company.